IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20386
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OLAJIDE ODUNAYO SOLOYE,
also known as Darryl Parker,
also known as Patrick Fielder,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CR-138-1
- - - - - - - - - -

November 25, 1998

Before KING, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

Olajide Odunayo Soloye appeals the order of restitution imposed upon him at sentencing after pleading guilty to conspiracy to commit bank fraud and bank fraud. We find that the district court's failure to mention restitution during the plea colloquy was harmless error. See United States v. Johnson, 1 F.3d 296, 298 (5th Cir. 1993)(en banc). Soloye's plea agreement stated that he may be required to make full restitution

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for the losses sustained by the victims of the offenses of conviction.  At his guilty plea hearing, Soloye affirmed that he had read and understood the plea agreement.  Accordingly, the judgment and sentence of the district court are affirmed.

AFFIRMED.